[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

---

No. 00-1321

EMMETT S. MULDOON,

Plaintiff, Appellant,

v.

MICHAEL T. MALONEY; ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Edward F. Harrington, U.S. District Judge]

---

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Boudin, Circuit Judge.

---

Emmett S. Muldoon on brief pro se.

---

SEPTEMBER 28, 2000

---

**Per Curiam**.  Appellant, a state prisoner proceeding *in* *forma* *pauperis*, appeals the district court's dismissal of his complaint as "frivolous" as well as the taxing of his prisoner account to satisfy the filing fee.  <u>See</u> 28 U.S.C. § 1915.  Appellant does not deny that the complaint is an identical copy of a complaint he had previously filed and is pursuing in a separate, pending action.  He asserts, however, that he did not mail the duplicative complaint to the district court.  He surmises that a copy may have been transmitted to the court by someone who tampered with his mail.  The district court considered the argument and denied reconsideration of its order "upon a review of the record."  We perceive no clear error in the court's finding nor any abuse of discretion.

<u>Affirmed</u>.